UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

KELIA TELMAI MERINO MARTINEZ,

          Petitioner,

v.

UNKNOWN PARTY,

          Respondents.

_____/

Case No. 1:26-cv-1607

Honorable Paul L. Maloney

## **ORDER**

This is a habeas corpus action brought by an individual detained by the United States Immigration and Customs Enforcement at the North Lake Processing Center in Baldwin, Lake County, Michigan. Petitioner did not sign her § 2241 petition. Therefore, on May 27, 2026, the Court entered an order directing Plaintiff to sign and return a signature page within twenty-one (21) days. (ECF No. 4.) The Court warned Petitioner that if she failed to comply this action would be dismissed without prejudice.

More than 21 days have elapsed. Petitioner did not submit the signed signature page. Because Petitioner has failed to comply, dismissal of this action without prejudice for want of prosecution is appropriate. Therefore, the Court will issue a judgment dismissing the action without prejudice.

      **IT IS SO ORDERED.**

Dated:   June 24, 2026                 /s/ Paul L. Maloney
                                            Paul L. Maloney
                                            United States District Judge